**Order filed November 9, 2012.**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-12-00952-CR

——————————

**GERALD ALLEN PERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 607922**

---

## ORDER

On October 8, 2012, appellant filed a notice of appeal from the trial court's order purportedly signed September 13, 2012, and the appeal was assigned to this court. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-93-00207-CR.

It is ORDERED that the appeal docketed under this court's appellate case number 14-12-00952-CR is **TRANSFERRED** to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. *See* 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk

of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.


PER CURIAM